# ATTACHMENT 1

FILED/REC'D

2022 JUN 21 A 10: 24

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Western_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

DAVID ANthony PEArsoN. JR

vs

(Full name of defendant(s))

Captain JIM Verse
SEGEANT, Greg Hoesly
OF Lacross County Jail

Case Number:

**22  CV  343  JDP**

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_, and is located at
(State)

_333 vine Street, Lacrosse, WI 54601_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant _Greg Hoesley, James Verse of Lacrosse County Jail_
(Name)

is (if a person or private corporation) a citizen of _Wisconsin_
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Lacrosse County Sheriff/county Jail /333 Vine st Lacrosse, WI 54601_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Since I have been detain at Lacrosse County Jail I
I have been told that I can't receive Mail and that I
gotta use this kiosk Machine in which has a phone, plus
A EMessaging, law library Now on the above date 12-18-21
which was My fathers funeral I was deny any kind of
communication with my family plus I have been told
On multiple occasion that using the kiosk Machine
was a privilege by Captain. JIM. Verse, Sergeant
Greg Hoesley both was inform about My father funeral

Before hand so on the day of the funeral I ask Jail staff may I use the Kiosk machine to talk to my family And see videos/pictures of my dad that was sent to me on 12-17-21 a day before the funeral and Jail staff Stated Captain or sergeant didn't inform you since you Did'nt move all your privileges has been restrained so I Never got to talk to my family on the day of my fathers Funeral and a couple days went past when sergeant Hoesley came and stated that I'am not entitle to using The Kiosk machine due to the fact it's a privilege so I ASK how is it a privilege if that's how I communicate With my family and friend plus it also has Law Library on the same Machine that's when sergeant hoesley Stated when you learn to follow are program that's When you can have your privileges back, I have Been asking legal help and this Jail don't have any-body assist in researching cases, or drafting motions And where not allow to get physical mail from family Members and plus I have been place in this restraint chair which is a form of torture due to

Attachment One (Complaint) – 3

The Restraint chair causes pain plus left Multiple
Bruising on my ankles, wrist, under armpits/shoulders
And plus the county-dail has this padded cell in
which has a sewer drain for a toilet And has no
Access to water or sun light I have been place
In that chair and rolled in that padded cell and
Sat for hours with having access to a toilet so
I was force to use the bathroom on myself due
To bieng deiny perviously by dailer/staff, Being in that
chair and cell is a feeling of being treat like a
Slave, or Dog I have been threated to be taser guns
And taser gloves in which is a form of being treated
As cattle I have been ran through the ringer bring
In lacrose county dail and now I'm in a cell 24 hours
A day in which is driving me to hear and see thing
This is torture in which has cause me to have
Extrem anxietu and alot more mental distress.

C.    JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                                OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
     different from the state citizenship of every defendant, and the amount of
     money at stake in this case (not counting interest and costs) is
     $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

I would like for the county to room that tortuous
Restraint chair with all dangerous weapons including
taser guns and other dangerous equipment that could
Cause death, and I would like for that padded
Room to have access to sunlight, water and a real
Toilet so people could feel normal and not like
Animals or a SLAVE. And I would like for
The Lacrosse County Jail to compensate
Five hundred thousand dollars. Thank you.

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                                OR

☒    Court Trial – I want a judge to hear my case


Dated this __06__ day of __16_____20_22_.

Respectfully Submitted,

_David A. Pearson Jr_
Signature of Plaintiff

_2018-0704_
Plaintiff's Prisoner ID Number

_333 Vine Street_

_Lacrosse, WI 54601_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.